UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES MURPHY,                                          :
                                                       :
               Plaintiff,       :        19-CV-10320 (PAE) (OTW)
                                                       :
           -against-                                  :
                                                       :        **ORDER**
FOGO DE CHAO 53rd STREET, NEW YORK LLC,                :
                                                       :
             Defendant.                :
                                                       :
                                                       :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' status letters (ECF 28, 30). The May 20, 2020 conference is adjourned *sine die*. Defendant is directed to inform the Court, by May 27, 2020, whether it wants the previously-filed motion to dismiss to apply to the amended complaint.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: May 14, 2020 | *s/ Ona T. Wang* |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |