UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JAMES MURPHY,                                                     :
:                    19 Civ. 10320 (PAE)
                           Plaintiff,              :
:                    ORDER
           -v-                                                  :
:
FOGO DE CHAO 53RD STREET, NEW YORK LLC,                           :
:
                         Defendant.              :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On July 21, 2020, the Court stayed this case because of pending proceedings in the Second Circuit in substantially similar cases. The Court also directed the parties to file a joint status update every 90 days and within 7 days of a decision by the Circuit. *See* Dkt. 39.

To date, the Court has not received any such letters. The Court directs the parties to submit a joint status letter by October 19, 2021, advising as to the status of this case.

SO ORDERED.

                                                               *Paul A. Engelmayer* (signature)
                                                               Paul A. Engelmayer
                                                               United States District Judge

Dated: October 12, 2021
       New York, New York