UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JAMES MURPHY,

                                          Plaintiff,

                          -v-

FOGO DE CHAO 53RD STREET, NEW YORK LLC,

                                          Defendant.
------------------------------------------------------------------- X

19 Civ. 10320 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 21, 2020, the Court stayed this case because of pending proceedings in the Second Circuit in substantially similar cases. The Court also directed the parties to file a joint status update every 90 days and within 7 days of a decision by the Circuit. *See* Dkt. 39.

On January 18, 2022, the Court directed the parties to provide another status update by April 18, 2022. Dkt. 45. The Court has not received such an update. The Court directs the parties to submit a joint status letter by June 8, 2022, advising as to the status of this case.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                             Paul A. Engelmayer
                                                             United States District Judge

Dated: June 1, 2022
       New York, New York