UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MURPHY,

                              Plaintiff,

-v-

FOGO DE CHAO 53RD STREET, NEW YORK LLC,

                              Defendant.

19 Civ. 10320 (PAE) (OTW)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On June 14, 2022, the Court issued an order as to plaintiff's next steps in this matter in light of the Second Circuit's decision in decision in *Calcano, et al. v. Swarovski North America Ltd., et al.*, No. 20-1552. Dkt. 50. Plaintiff, however, has neither filed a Second Amended Complaint nor responded to defendant's motion to dismiss, and the deadlines for these alternative actions have long since passed. Court directs plaintiff to so file by Monday, August 22, 2022, or to submit a letter stating that plaintiff has determined not to pursue this matter.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 17, 2022
       New York, New York